DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.     1:06CR00594-042 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Marshay Wilson | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A final hearing was conducted on September 16, 2013, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Marshay Wilson appeared and his counsel, James Willis appeared by telephone. Attorney Kevin Culum appeared on behalf of the government.

The Court adopts the Magistrate Judge's Report and Recommendation and finds the defendant in violation of the terms and conditions of his supervised release.

IT IS ORDERED that the defendant is sentenced to time already served and the Court will continue him on supervised release with the previous conditions imposed and under the additional condition that he maintain employment with Rashid Auto Roadside Service.

  September 16, 2013           */s/ David D. Dowd, Jr.*
Date                                                              David D. Dowd, Jr.
                                                                          U.S. District Judge